[No. 65635-0-I. Division One. November 21, 2011.]

NEW HORSESHOE SALOON ASSOCIATES, LLC, *Appellant*, v. COMMERCE BUILDING LIMITED PARTNERSHIP, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-02971-9, Gerald L. Knight, J., entered May 24, 2010. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Schindler, JJ.

[No. 65713-5-I. Division One. November 21, 2011.]

JERRY WILLIAMS, *Appellant*, v. BOSE CORPORATION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-17049-7, William L. Downing, J., entered July 6, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach, A.C.J., and Grosse, J.

[No. 65728-3-I. Division One. November 21, 2011.]

R&R CONCRETE, INC., *Appellant*, v. MICHAEL COAKER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-18373-4, Carol A. Schapira, J., entered June 22, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach, A.C.J., and Appelwick, J.

[No. 66247-3-I. Division One. November 21, 2011.]

JAN K. KERBY ET AL., *Respondents*, v. GEORGE AUTTELET ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 05-2-00071-7, John P. Wulle, J. Pro Tem., entered October 7, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach, A.C.J., and Cox, J.